UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:25-cv-00830-MPB-CSW ) |
| JUSTICE DANYA JACKSON, CAROLINE DULTZ PRZYBYLOWSKI as Trustee of the Lawrence Ray Dultz Trust Dated October 18, 2018, | ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDED DISPOSITION**

Plaintiff Brighthouse Life Insurance Company filed this interpleader action to determine who is entitled to a $1,100,000 death benefit that became due to the beneficiary (or beneficiaries) of Lawrence R. Dultz's life insurance policy. (Docket No. 1 at ECF pp. 1–4). Brighthouse issued the life insurance policy. (*Id.* at ECF p. 2). Defendant Justice Danya Jackson is designated as the sole primary beneficiary of the death benefit. (*Id.* at ECF p. 3). Defendant Caroline Dultz Przybylowski is the trustee of the Lawrence R. Dultz Trust. (*Id.* at ECF p. 1).

The parties jointly moved for interpleader relief. (Docket No. 17). The terms of the joint motion are as follows: Brighthouse shall receive attorney's fees and costs and deposit the death benefit with the Clerk; the Clerk shall deposit the interpleader funds into an interest-bearing account; and the Court shall permanently enjoin Defendants from pursuing claims against Brighthouse related to the interpleader funds or death benefit, direct Defendants to release any such claims against Brighthouse, and dismiss Brighthouse from this action with prejudice. (*Id.* at ECF pp. 1–2).

The parties' Joint Motion for Interpleader Relief was referred to the Magistrate Judge, who granted it. (Docket No. 24). Contemporaneously, the Magistrate Judge issued a Report and Recommendation in which she recommended that the Court dismiss Plaintiff with prejudice from this action. (Docket No. 25); Fed. R. Civ. P. 72(b)(1). Naturally, no party filed a written objection to the Magistrate Judge's Report, so the Court reviews it for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). There is no error.

The Court therefore **ADOPTS** the Magistrate Judge's recommended disposition. (Docket No. 25). All claims, counterclaims, cross-complaints, and crossclaims that were asserted or could have been asserted against Plaintiff Brighthouse are **DISMISSED with prejudice**. With all claims against Brighthouse being dismissed, the Court finds, pursuant to Federal Rule of Civil Procedure 54(b), that there is no just reason for delaying entry of final judgment as to Brighthouse. Brighthouse is **DISMISSED with prejudice** from this action without further costs or fees. Partial Final judgment as to Brighthouse shall issue by separate entry.

The Clerk is **ORDERED** to amend the case caption to reflect that Caroline Dultz Przybylowski is now the Plaintiff and Justice Damya Jackson is now the Defendant. The Clerk is further **ORDERED** to correct the misspelling of Jackson's middle name in the caption.

**IT IS SO ORDERED**.

Dated: December 4, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.